# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| CHERYL BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 4:23-cv-00058-CDL |
| TRANSUNION, LLC, PENTAGON ) | |
| FEDERAL CREDIT UNION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER EXTENDING TIME FOR DEFENDANT PENTAGON FEDERAL CREDIT UNION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Having come before the Court the Consent Motion to Extend Time for Defendant Pentagon Federal Credit Union to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") [Doc. 10], and the Court having reviewed the same, the Motion is **GRANTED**, and it is hereby **ORDERED** that the time for Defendant Pentagon Federal Credit Union to file an answer or otherwise respond to Plaintiff's Complaint is extended up through and including **May 29, 2023**.

**SO ORDERED**, this the 15th day of May, 2023.

S/Clay D. Land
The Honorable Clay D. Land
United States District Judge