UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

------------------------------------------------------------------------x
Cheryl Butler,

                              Plaintiff,

    -v.-

Transunion, LLC,
Pentagon Federal Credit Union,

                              Defendants.
------------------------------------------------------------------------x

Civil Action No:
4:23-cv-58

## **NOTICE OF VOLUNTARY DISMISSAL AS TO TRANSUNION, LLC**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Transunion, LLC, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Transunion, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 5, 2023

Respectfully Submitted,

/s/Tamir Saland
Tamir Saland, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
tsaland@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

## Certificate of Service

   I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 5th day of June, 2023　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Tamir Saland*
　　　　　　　　　　　　　　　　　　　　　Tamir Saland